```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

ARVID LEE BENNETT,                  *

     Petitioner,               *

vs.                                 *
                                          CASE NO. 4:08-CV-134 (CDL)
THOMAS AMMONS, Warden,              *

     Respondent.               *

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 27, 2009 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 9th day of March, 2009.

                                                  S/Clay D. Land
                                                     CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE